UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERNELL WOODS,

    Plaintiff,

Vs.                                  Case No.: 8:02-CV-02302-T-27TMB

PRICEWATERHOUSECOOPERS, INC.,
A Florida Corporation,

    Defendant.

                                    /

### MOTION TO WITHDRAW

NOW COMES the Plaintiff's Attorney, Roderick O. Ford, Esquire, and respectfully seek permission from this Honorable Court to withdraw as attorney of record, pursuant to Florida Bar Ethics Rule 4-1.16(b) and Rule 4-3.1, and as support further states:

1. That the Plaintiff will not be materially prejudiced from the requested withdrawal;

2. That the Plaintiff does not object to the requested withdrawal.

WHEREFORE, this Honorable Court is respectfully sought to request the within motion forthwith,

                                Respectfully Submitted:

                                Roderick O. Ford, Esquire
                                FBN: 0072620
                                P.O. Box 17421
                                Tampa, Florida 33682



)                                                    )

**I HEREBY CERTIFY** that a true and correct copy of the within motion has been sent to

Pete Zinober, Esq., 201 E. Kennedy Boulevard, Suite 800, Tampa, Florida 33601-1378

via regular first-class U.S. Mail on December 15, 2003.

                                                Respectfully submitted,

                                                Roderick O. Ford
                                                Florida Bar No. 0072620

                                                FORD & ASSOCIATES, LLC
                                                220 E. Madison Street, Suite 1200
                                                Tampa, Florida 33602
                                                (813) 223-1200 phone
                                                (813) 223-4226 facsimile
                                                Attorney For Plaintiff