UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERNELL WOODS,

    Plaintiff(s),

vs.                      Case No. 8:02-CV-2302-T-27TBM

PRICEWATERHOUSECOOPERS, INC.,
A Florida Corporation,

    Defendant(s).
_____/

## ORDER ON PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW

**THIS CAUSE** came on to be considered on Plaintiff's Counsel, Roderick O. Ford, Esq.'s Motion to Withdraw (Dkt. 17). The Court having reviewed said motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Roderick O. Ford, Esq.'s Motion to Withdraw (Dkt. 17) is **DENIED** without prejudice. Counsel is directed to refile the instant motion including the current address of Plaintiff where all future correspondence and pleadings shall be sent to Plaintiff, *pro se*.

**DONE AND ORDERED** in chambers this 17th day of December, 2003.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

F I L E   C O P Y

Date Printed: 12/19/2003

Notice sent to:

   ___   Roderick O. Ford, Esq.
          Ford & Associates, LLC
          220 E. Madison St., Suite 1200
          P.O. Box 17421
          Tampa, FL  33682-7421

          8:02-cv-02302    jab

   ___   Peter W. Zinober, Esq.
          Zinober & McCrea, P.A.
          201 E. Kennedy Blvd., Suite 800
          Tampa, FL  33602

          8:02-cv-02302    jab

   ___   Gerard Dominic Solis, Esq.
          Zinober & McCrea, P.A.
          201 E. Kennedy Blvd., Suite 800
          Tampa, FL  33602

          8:02-cv-02302    jab

   ___   Megan Lagretta Lenker, Esq.
          Zinober & McCrea, P.A.
          201 E. Kennedy Blvd., Suite 800
          Tampa, FL  33602

          8:02-cv-02302    jab

   ___   Mark A. Hanley
          Glenn, Rasmussen, Fogarty & Hooker, PA
          100 S. Ashley Dr., Suite 1300
          P.O. Box 3333
          Tampa, FL  33601-3333

          8:02-cv-02302    jab