UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VERNELL WOODS,**

        **Plaintiff(s),**

vs.                              Case No. 8:02-CV-2302-T-27TBM

**PRICEWATERHOUSECOOPERS, INC.,**

        **Defendant(s).**
_____/

### ORDER ON DEFENDANT'S MOTION TO WITHDRAW

**THIS CAUSE** came on to be considered on Roderick O. Ford, Esquire's Motion to Withdraw (Dkt. 21). The Court having reviewed said motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED:**

1. Roderick O. Ford, Esquire's Motion to Withdraw (Dkt. 21) is **GRANTED**. Roderick O. Ford, Esquire is relieved of any further responsibility in this matter.

2. A copy of this Order, all future correspondence and other pleadings shall be sent to Plaintiff at her current address: **4949 Marbrisa Drive, Apartment 803, Tampa, Florida 33624.**

3.. This matter is set for a status conference on **January 23, 2004 at 10:30 A.M.**

*FAILURE OF PLAINTIFF TO APPEAR AT SAID CONFERENCE, EITHER PRO SE OR THROUGH NEWLY RETAINED COUNSEL, SHALL RESULT IN THE DISMISSAL OF THIS CAUSE.*

**DONE AND ORDERED** in Chambers this __12th__ day of January, 2004.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel/pro se parties of Record
Plaintiff Vernell Woods, 4949 Marbrisa Drive, Apartment 803, Tampa, Florida 33624
Courtroom Deputy

```
                     F I L E   C O P Y
```

Date Printed: 01/14/2004

Notice sent to:

    ___    Roderick O. Ford, Esq.
           Ford & Associates, LLC
           220 E. Madison St., Suite 1200
           P.O. Box 17421
           Tampa, FL  33682-7421

           8:02-cv-02302    jab

    ___    Vernell Woods
           4949 Marbrisa Dr., Apt. 803
           Tampa, FL  33624

           8:02-cv-02302    jab

    ___    Peter W. Zinober, Esq.
           Zinober & McCrea, P.A.
           201 E. Kennedy Blvd., Suite 800
           Tampa, FL  33602

           8:02-cv-02302    jab

    ___    Gerard Dominic Solis, Esq.
           Zinober & McCrea, P.A.
           201 E. Kennedy Blvd., Suite 800
           Tampa, FL  33602

           8:02-cv-02302    jab

    ___    Megan Lagretta Lenker, Esq.
           Zinober & McCrea, P.A.
           201 E. Kennedy Blvd., Suite 800
           Tampa, FL  33602

           8:02-cv-02302    jab

    ___    Mark A. Hanley
           Glenn, Rasmussen, Fogarty & Hooker, PA
           100 S. Ashley Dr., Suite 1300
           P.O. Box 3333
           Tampa, FL  33601-3333

           8:02-cv-02302    jab

*27 CPD* (handwritten)